IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES S.,
Petitioner,
vs.
THE HONORABLE MARGARET E.
PICKARD, DISTRICT JUDGE; AND
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondents,
and
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES; AND J.S.,
Real Parties in Interest.

No. 85476

FILED

OCT 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original, emergency petition for a writ of mandamus or prohibition challenges a district court order denying a motion in limine in a termination of parental rights case.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, the availability of an appeal is generally an adequate legal remedy precluding writ relief. *Pan*, 120 Nev. at 224, 88 P.3d at 841; *see* NRS 34.170; NRS 34.330. Petitioner may appeal from the district court's final order in the

22-32416

underlying matter, if aggrieved, and we are not persuaded that such an appeal would be an inadequate remedy here. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.　　　　　_____, J.
Stiglich　　　　　　　　　　　　Herndon

cc:　Hon. Margaret E. Pickard, District Judge
　　　Rosenblum Allen Law Firm, Las Vegas
　　　Clark County District Attorney
　　　Clark County Public Defender/Juvenile Division
　　　Yolanda D. Miller
　　　Eighth District Court Clerk